JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPEEDZONE MOTORSPORTS, LLC, a California limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> RS TYPE PRODUCT, INC. d.b.a. RS TYPE, a California corporation; CHARLES M. TSAI, an individual; MAGGIE CHEN FEI HSU, an individual; WILLIAM CHUNG, an individual; AUTOTEC IMPORT, INC. d.b.a. GENKI TUNING d.b.a. D5 CONCEPTS, a California corporation; AUTOTEC INDUSTRIAL CORP., a California corporation; and DOES 1 to 30, <br><br> Defendants. | Case No.:CV13-05079-CAS(PLAx) <br><br> **ORDER APPROVING JOINT REQUEST FOR DISMISSAL AND RETENTION OF JURISDICTION TO ENFORCE PERFORMANCE OF CONDITIONAL SETTLEMENT** |

|   |   |
|---|---|
| 1 | RS TYPE PRODUCT, dba RS TYPE, a California Corporation; CHARLES M. TSAI, an individual, |
| 2 |   |
| 3 |   |
| 4 | Counter-Claimant, |
| 5 | vs. |
| 6 | SPEEDZONE MOTORSPORTS, LLC, a California limited liability company |
| 7 |   |
| 8 | Counter-Defendant |
| 9 | DENNIS FRANCISCO, an individual and ROES 1 through 20, inclusive, |
| 10 |   |
| 11 | Third Party Defendants |

This matter, having come before the Court on the Stipulation of plaintiff and counter-defendant SPEEDZONE MOTORSPORTS, LLC. ("SPEEDZONE"), third party defendant DENNIS FRANCISCO ("FRANCISCO"), defendant and Counter-claimant RS TYPE PRODUCT, INC. ("RS TYPE"), defendant and Counter-claimant CHARLES M. TSAI ("TSAI"), defendant MAGGIE CHEN FEI HSU ("HSU"), defendant WILLIAM CHUNG ("CHUNG"), defendant AUTOTEC IMPORT, INC. ("AUTOTEC IMPORT"), and defendant AUTOTEC INDUSTRIAL CORP. ("AUTOTEC INDUSTRIAL") to dismiss the action and for the Court to retain jurisdiction to enforce performance of a conditional settlement agreement, the court rules as follows:

1. The complaint and counter-claims are dismissed without prejudice.

[PROPOSED] ORDER APPROVING JOINT REQUEST FOR DISMISSAL OF THE COMPLAINT AND COUNTERCLAIMS AND RETENTION OF JURISDICTION TO ENFORCE CONDITIONAL SETTLEMENT

2.     The Court shall retain jurisdiction to enforce the conditional settlement agreement pursuant to its terms.

3.     The Court orders the parties to return to court at 11:00 a.m. on January 26, 2015 to follow up on the status of the settlement.

4.     Should all payments be made according to the terms of the settlement agreement, counsel for plaintiff, Speedzone Motorsports, LLC., shall inform the Court so that they above status conference is taken off calendar and the matter dismissed with prejudice.

IT IS SO ORDERED

Dated:_August 29, 2014

*Christina A. Snyder*

Hon. Christina A. Snyder
United States District Judge